UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE WILLIE WILSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MR. McDONALD, Warden,<br><br>　　　　Respondent. | No. CV 10-4028 R (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 7, 2012

　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge