UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE WILLIE WILSON, | No. CV 10-4028 R (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| MR. McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 7, 2012

MANUEL L. REAL
United States District Judge